WALTER CAVANAGH et al., Appellants, *v.* METROPOLITAN JOCKEY CLUB et al., Respondents, Impleaded with Others.

Submitted June 3, 1940; decided June 11, 1940.

*Thomas P. Dwyer* for motion.
*Sidney Kraut* opposed.
Motion denied, without costs.